UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCY PLATER,

    Plaintiff,

Case No. 17-cv-13022
Hon. Matthew F. Leitman

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

# ORDER (1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #18) AND (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #13)

In this action, Plaintiff Lucy Plater challenges the denial of her application for disability insurance benefits. (*See* Compl., ECF #1.) Plater and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* ECF ## 13, 18.)

On July 12, 2018, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court grant the Commissioner's motion and deny Plater's motion (the "R&R"). (*See* ECF #19.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at 13-14, Pg. ID 632-33.)

1

Plater has not filed any objections to the R&R. The failure to file objections releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). Likewise, the failure to object to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Plater has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of the pending motions (ECF #19) is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) the Commissioner's Motion for Summary Judgment (ECF #18) is **GRANTED** and (2) Plater's Motion for Summary Judgment (ECF #13) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764